**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Javier ANDRADE–
ALVARADO, Defendant–
Appellant.**

**No. 11–10078.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 23, 2011.

David L. Gappa, Assistant U.S. Attorney, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Francine Zepeda, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Francisco Javier Andrade–Alvarado appeals from the 84–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Andrade–Alvarado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

Andrade–Alvarado filed a pro se supplemental brief, contending that the district court erred in failing to grant him a one-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b). The government filed an answering brief contending that the district court did not err because the government did not move for an additional one-level reduction and Andrade–Alvarado did not show improper motive or arbitrariness.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to the defendant's conviction.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.